# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramina Johal,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Life Insurance Company in the City of New York, et al.,<br><br>　　　　Defendants. | NO. CV-20-00204-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 15, 2020, judgment is hereby entered and this case is dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 15, 2020

　　　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　　　By　　Deputy Clerk